**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JAHRON BLACK, on behalf of himself and all
others similarly situated,

                Plaintiffs,

          -against-

  JC Wine & Spirits, Inc.,

              Defendant.

Case No: 1:24-cv-01744-NGG-MMH

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their

respective counsel, that the above-entitled action against Defendant, shall be and hereby is

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:    Jericho, New York
          July 15, 2024

**MARS KHAIMOV LAW, PLLC**

By: */s/ Mars Khaimov*
Mars Khaimov, Esq.
100 Duffy Ave., Suite 510
Hicksville, New York 11801
mars@khaimovlaw.com
*Attorneys for Plaintiff*

**STEIN & NIEPORENT LLP**

By: */s/ David Stein*
David Stein, Esq.
1441 Broadway, Suite 6090
New York, NY 10018
dstein@steinllp.com
*Attorneys for Defendant*